IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

IN RE:    TOMMY N. DOUGLAS                           CASE NO.: 3:06-bk-12394 E
                                                     CHAPTER 7

PAULA JEAN DOUGLAS                                           PLAINTIFF

VS.                    AP NO.: 3:06-ap-01313

TOMMY NORRIS DOUGLAS                                         DEFENDANT

## FINAL JUDGMENT

In accordance with the *Memorandum Opinion* entered this date, judgment is hereby entered in favor of Plaintiff, and the joint debts which the state court ordered Debtor to pay in his divorce from Plaintiff are nondischargeable in Defendant's chapter 7 bankruptcy.

*[signature: Audrey R Evans]*

HONORABLE AUDREY R. EVANS
UNITED STATES BANKRUPTCY JUDGE

DATE: June 5, 2007

cc:    Attorney for Plaintiff
       Attorney for Defendant
       Debtor
       Trustee
       U.S. Trustee

EOD on 6/5/07  by dat